1  **JESSE S. KAPLAN   CSB#103726**
   **5441 Fair Oaks Bl. Ste. C-1**
2  **Carmichael, CA   95608**
   **916/488-3030**
3  **916/489-9297 fax**

4  **Attorney for Plaintiff**
   **TALEAH ABOOD**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| **TALEAH ABOOD,** | No.   2:12-CV-01976-CMK |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended from its prior due date to April 29, 2013.

This is the first extension.

Dated: March 29, 2013
/s/   Jesse S. Kaplan
JESSE S. KAPLAN
Attorney  for  Plaintiff

Dated: March 29, 2013
/s/ per e-mail authorization
JEFFREY CHEN
Special Assistant U.S. Attorney
Attorney for Defendant

1

**ORDER**

For good cause shown, the requested extension of plaintiff's time to file an opening brief is extended to April 29, 2013.

SO ORDERED.

DATED: April 2, 2013

                                       _____
                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE