BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TALEAH KHAIRI ABOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:12-CV-01976-CMK<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment. Defendant has considered the issues raised in Plaintiff's motion for summary judgment and believes that this case warrants additional settlement consideration. Defendant therefore respectfully requests this additional time to consult with her client.

Stip. to Extend Def.'s MSJ

The new due date for Defendant's motion for summary judgment will be Friday, June 28, 2013.

                                      Respectfully submitted,

Date: _May 29, 2013_              LAW OFFICES OF JESSE S. KAPLAN

                           By:    _/s/ Jesse S. Kaplan*_
                                   JESSE S. KAPLAN
                                   *By email authorization on May 29, 2013*
                                   Attorney for Plaintiff

Date: _May 29, 2013_              BENJAMIN B. WAGNER
                                   United States Attorney

                           By:    _/s/ Jeffrey Chen_
                                   JEFFREY CHEN
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant

                                      <u>ORDER</u>

APPROVED AND SO ORDERED:

**Date: 6/7/2013**

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ